| | AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Calvin Jones | Telephone: | (202) 316-3208 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
v.

Natacha GERADA

Case No.

Case: 2:25−mj−30454
Assigned To : Unassigned
Assign. Date : 7/16/2025
Description: CMP USA V. GERADA (DJ)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 10, 2020 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC Sec. 1542 | False Statements in Application for United States Passport |
| Title 18 USC Sec. 1001 | False Statements |
| Title 18 USC Sec. 371 | Conspiracy to Commit Offense or to Defraud United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Calvin Jones, Special Agent, U.S. Department of State, DSS
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __ July 16, 2025 __

_____
Judge's signature

City and state:  Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**

I, Calvin Jones, being duly sworn under oath, depose and state as follows:

     1.    I am a Special Agent with the United States Department of State, Diplomatic Security Service. I have been a Special Agent since October 2017. I have completed the Federal Law Enforcement Criminal Investigator Training Program and earned a bachelor's degree in criminal justice from University of Maryland University College. I have training and experience in the enforcement of laws of the United States, including the preparation, presentation and service of complaints, search warrants and arrest warrants. Among my current assignment with the Diplomatic Security Service is the investigation of false statements in the application for United States passports, false claims to United States citizenship, misuse of a social security number, and fraud related activity in connection with identification documents.

     2.    The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel and law enforcement and commercial database records. I have not included every fact known to me in this investigation.

     3.    This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Natacha GERADA, with False Statements in an Application for a U.S. Passport, in violation of Title 18, United States Code, Section 1542; False Statements, in violation of Title 18, United States Code, Section 1001, and Conspiracy to commit offense or to defraud United States, in violation of Title 18, United States Code, Section 371.

     4.    On September 13, 2019, an individual utilizing the name Angel Vega-Lorenzo, a/k/a Jose Gargenis VASQUEZ ROSA was arrested for a concealed weapon in a vehicle. The vehicle was registered to GERADA. In the police report, the individual told the arresting officer that they purchased the firearm on June 14, 2019. The individual spoke limited English and asked the arresting officer to call his wife to assist with translation of the Miranda rights. At the time of the arrest, he was operating as a Lyft driver. The individual in the booking photo has a distinctive mole below the right eye.

5.     On September 10, 2020, GERADA submitted a DS-11 Application (#561883235) for a U.S. Passport at a U.S. Post Office located in Detroit, Michigan on behalf of her minor child, Sophia Estrella CORCINO. As proof of identity and United States citizenship, GERADA submitted with her application a State of Michigan birth certificate for Sophia Estrella CORCINO. The birth certificate listed the mother as Natacha GERADA born in Puerto Rico on December XX, 1987, and the father as Eric CORCINO-MARTINEZ born in Puerto Rico on July XX, 1981.

6.     The information provided by Jose Gargenis VASQUEZ ROSA, a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO was false because VASQUEZ ROSA is an illegal immigrant from the Dominican Republic and not a U.S. citizen born in Puerto Rico.

7.     Also included in the passport application were the Michigan driver's licenses of both parents. I have compared the photographs on the Michigan driver's license of CORCINO-MARTINEZ, the photograph from Jose Gargenis VASQUEZ ROSA's 2002 U.S. Visa application contained in Alien File (A-XXX XX 515), and the September 13, 2019, booking photo of Angel Jonas VEGA-LORENZO. I have found that all photographs are of the same person. The individual in all three photographs has the same distinctive mole below the right eye.

8.     Prior to signing the application, GERADA swore an oath to the postal acceptance clerk affirming the information on the application was true and correct, that the photograph attached to the application was a genuine and current photograph and that she had read and understood the warning contained in the instructions to the application form, which stated, in part:

> False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provision of 18 U.S.C. § 1001, 18 U.S.C. § 1542, and/or 18 U.S.C. § 1621.

9.     On June 13, 2023, DSS Agents interviewed GERADA in an attempt to locate Eric CORCINO-MARTINEZ, a/k/a Jose Gargenis VASQUEZ ROSA. The

interview occurred in her residence at 55XX Daniels Street, Detroit, Michigan 48210. GERADA stated that Eric CORCINO-MARTINEZ, a/k/a Jose Gargenis VASQUEZ ROSA owned the home and that he worked as a Lyft driver, utilizing her registered vehicle. She acknowledged that he was her boyfriend.

10.　　On February 14, 2025, VASQUEZ ROSA submitted a U.S. Citizenship and Immigration Services (USCIS) Form I-485, Application to Register Permanent Residence or Adjust Status. GERADA is listed as the U.S. Citizenship spouse of VASQUEZ ROSA.

11.　　Based on the above information, I believe probable cause exists that Natacha GERADA, did knowingly and willfully make false statements in applying for a United States passport for Sophia Estrella Corcino in that she falsely claimed the father to be a United States citizen, under an assumed identity, with the intent to secure the issuance of a United States passport in violation of Title 18, United States Code, Section 1542, Title 18 United States Code, Section 1001, and Conspiracy to commit offense or to defraud United States, in violation of Title 18, United States Code, Section 371.

_____
Calvin Jones
Special Agent
U.S. Department of State

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
KIMBERLY ALTMAN
UNITED STATES MAGISTRATE JUDGE

July 16, 2025